Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL VII

| EL PUEBLO DE PUERTO RICO<br><br>Peticionario<br><br>v.<br><br>JUAN FRANCISCO TORRES HUERTAS<br><br>Recurrido | KLCE202400921 | Apelación procedente del Tribunal de Primera Instancia, Sala de Caguas<br><br>Sobre:<br>Art. 93.A del C.P.<br>1er Grado y otros<br><br>Caso Núm.:<br>E VI2021G0030<br>y otros |

Panel integrado por su presidenta, la Juez Domínguez Irizarry, la Juez Grana Martínez y el Juez Pérez Ocasio

Pérez Ocasio, Juez Ponente

### RESOLUCIÓN

En San Juan, Puerto Rico, a 16 de septiembre de 2024.

Atendida la *Solicitud en Auxilio de Jurisdicción*, presentada el 12 de septiembre de 2024 por la parte peticionaria, este Foro la declara **No Ha Lugar.**

Por otro lado, evaluado en sus méritos el recurso de *Certiorari* presentado el 23 de agosto de 2024, el mismo *se deniega,* y se ordena la continuación de los procedimientos ante el Foro de Instancia.

**Notifíquese inmediatamente a todas las partes, al Tribunal de Primera Instancia, y a la Hon. Juez Mibari L. Rivera Sanfiorenzo.**

Lo acordó y manda el Tribunal, y certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador
RES2024 _____